# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY A. ANDERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-239 |
| BRANDON THOMAS, Public Defender; HARRIS ODELL, JR. Magistrate Judge, | ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

This Court **VACATES** its October 6, 2015 Report and Recommendation (doc. 4) advising dismissal of this case on abandonment grounds. Anthony A. Anderson had failed to comply with the October 1, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). However, his IFP paperwork has just arrived, docs. 6 & 7, and the Court will excuse the tardiness (sometimes it is caused by jail processing lags and not the inmate).

Anderson, however, evidently seeks to limit his Consent to Collection of Fees to no more than 20% of "the average monthly balance in [his] account," rather than that plus, in the alternative, "the average monthly *deposits* in his account." *See* doc. 7 at 1 (he has circled and placed an asterisk next to the "average monthly balance" option) (copy attached). The Court will not process his Complaint until he submits, within 14 days of the date this Order is served, a new Consent Form *without limitation*. Failure to comply will subject him to a recommendation of dismissal.

**SO ORDERED**, this 15th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY A. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | Case No. CV415-239 |
| ) | |
| ~~BRANDON THOMAS, Public Defender et al.,~~ ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of

    (a)    the average monthly deposits to my account, or
    (b)    the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint. I understand that I may not withdraw any monies from my account until this initial payment has been paid.

After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account. Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's office, United States District Court, P.O. Box 8286, Savannah, Georgia, until such time as the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: Sept. 9th 2015    Plaintiff's Signature: *Anthony A. Anderson*

                                  Plaintiff's Prison No: P1402273