**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | |
|---|---|
| ANTHONY A. ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRANDON THOMAS, Public )<br>Defender; HARRIS ODELL, JR. )<br>Magistrate Judge, )<br>)<br>Defendants. ) | Case No. CV415-239 |

## REPORT AND RECOMMENDATION

In its October 6, 2015 Report and Recommendation (doc. 4) the Court advised dismissal of this case on abandonment grounds because Anthony A. Anderson failed to comply with the October 1, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). However, his IFP paperwork later arrived at the Court, docs. 6 & 7, so the Court excused that tardiness. But it also noted that:

> Anderson evidently seeks to limit his Consent to Collection of Fees to no more than 20% of "the average monthly balance in [his] account," rather than that plus, in the alternative, "the average monthly *deposits* in his account." *See* doc. 7 at 1 (he has circled and placed an asterisk next to the "average monthly balance" option) (copy attached). The Court will not process his Complaint

until he submits, within 14 days of the date this Order is served, a new Consent Form *without limitation*. Failure to comply will subject him to a recommendation of dismissal.

Doc. 8 at 2.

Rather than comply, Anderson has submitted a new Consent form, but he again circled the "average monthly balance" option. Doc. 10. While he omitted an asterisk this time, simply leaving the two options undisturbed and thus not creating *any* ambiguity as to "consent intent" was the way to proceed here. Instead, Anderson elected to play games with this Court, so his case should now be **DISMISSED**. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this  28th  day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA