FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 25 PM 2:18
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY A. ANDERSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRANDON THOMAS, Public Defender, and HARRIS ODELL, JR., Magistrate Judge,<br><br>　　　Defendants. | CASE NO. CV415-239 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **23RD** day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA